SANDRA R. BROWN
Acting United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, Criminal Division
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2253
    Facsimile: (213) 894-2927
    E-mail:   george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **SACR** 93-00130(B)-JVS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARRYL KEITH HENLEY, ET AL., | |
| Defendant. | |

The Court has read and considered the Government's Motion to (1) Permit Inspection of Seal Records, (2) Establish Briefing Schedule for Defendant's Motion for Sentence Reduction, and (3) Continue Hearing on Defendant's Motion. The Court hereby finds that the Government's Motion, which the Court incorporates by reference into this Order, demonstrates facts that support the entry of the following order:

1. The Clerk of the Court shall permit counsel for the government to inspect and copy all of the government's under seal filings in the above-captioned case, including specifically the following entries on the clerk's docket: Nos. 137, 142, 144, 159,

174, 176, 555, 573, 575, 591, 596, 625, 640, 731, 759, 761, 763, 765, and 961.

2. The government's response to the Motion for Sentence Reduction of defendant Darryl Keith Henley ("defendant") is due on January 24, 2018, and defendant's optional reply brief is due on February 12, 2018.

3. The hearing on defendant's Motion for Sentence reduction is continued from January 22, 2018 to **February 26, 2018 at 3:00 p.m.**

IT IS SO ORDERED.

December 13, 2017
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
GEORGE E. PENCE
Assistant United States Attorney