NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, Criminal Division
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253
     Facsimile: (213) 894-2927
     E-mail:    george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 8:93-00130(B)-JVS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARRYL KEITH HENLEY, ET AL., | |
| Defendant. | |

The Court has read and considered the government's unopposed Motion for a Scheduling Order. The Court hereby finds that the government's Motion for a Scheduling Order, which the Court incorporates by reference into this Order, demonstrates facts that support the entry of the following order:

    1.   Defendant shall file his optional reply brief in support of his Motion for Sentence Reduction on or before April 25, 2018.

//

//

2.     The Court shall hold a hearing on defendant's Motion for
Sentence Reduction on June 4, 2018 at 10:00 a.m.

IT IS SO ORDERED.

March 28, 2018
_____
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
GEORGE E. PENCE
Assistant United States Attorney